No. 307. FIDELITY MUTUAL LIFE INSURANCE Co. *v.* MERCHANTS & MECHANICS BANK ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. A. O. B. Sparks* for petitioner. No appearance for respondents.